UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ACEVEDO JIMENEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,<br><br>Respondent. | No. 2:26-cv-00827-DC-DMC (HC)<br><br>ORDER GRANTING MOTION TO DISMISS ACTION AS DUPLICATIVE<br><br>(Doc. Nos. 2, 6) |

On March 11, 2026, Petitioner filed a *pro se* petition for a writ of habeas corpus brought under 28 U.S.C. § 2241, and a motion for a temporary restraining order, challenging his ongoing immigration detention. (Doc. Nos. 1, 2.) On March 14, 2026, Respondents filed a motion to dismiss, alerting the court to the fact that Petitioner, through counsel, had already sought the same federal habeas relief by filing a petition in the United States District Court for the District of New Jersey on February 7, 2026. (Doc. No. 6); *Acevedo Jimenez v. Bondi, et al.*, No. 3:26-cv-01247-RK (D.N.J.). Notably, the District of New Jersey has already granted the motion for a temporary restraining order that Petitioner filed in that case, and Petitioner's counsel confirmed in a letter to that court on March 23, 2026 that Petitioner received a bond hearing and has been released from Respondents' custody on bond. *See Acevedo Jimenez v. Bondi, et al.*, No. 3:26-cv-01247-RK, Doc. Nos. 3, 5, 6 (D.N.J.).

Therefore, this court will dismiss this action because it is duplicative of Petitioner's

1

earlier-filed action.

Accordingly,

1.   Respondent's motion to dismiss this action as duplicative (Doc. No. 6) is GRANTED;

2.   This action is dismissed because it is duplicative of Petitioner's earlier-filed action: *Acevedo Jimenez v. Bondi, et al.*, No. 3:26-cv-01247-RK (D.N.J.);

3.   Petitioner's motion for a temporary restraining order (Doc. No. 2) is DENIED as having been rendered moot; and

4.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 26, 2026**

_____
Dena Coggins
United States District Judge

2